KELLY L. BORELLI, SBN 161499
LOTTE COLBERT, SBN 207157
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor (95814)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:    (916) 446-2300
Facsimile:     (916) 503-4000
Email:           kborelli@murphyaustin.com
Email:           lcolbert@murphyaustin.com

Attorneys for Defendant
Hazem M. Sharif

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>HAZEM M. SHARIF, et al.,<br><br>          Defendants. | Case No.  CV 05-00454-KJM<br><br>**STIPULATION OF DISMISSAL; ORDER** |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for two and one-half year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two and one-half year(s) after the date hereof.

Dated: August _9____, 2005         Murphy Austin Adams Schoenfeld LLP


                                   By: /s/ Lotte Colbert (by Scott N. Johnson)
                                       KELLY L. BORELLI
                                       LOTTE COLBERT
                                       Attorneys for Defendant Hazem M. Sharif


Dated: August 9, 2005              By: /s/ Scott N. Johnson
                                       Scott N. Johnson Pro Se

IT IS SO ORDERED:

DATED:  August 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE